***Law Offices of***
***Daniel A. Hochheiser***
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

November 1, 2026

***Via ECF***
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Rupertt Sherrir*, 26 Cr. 487 (KMK)
**EXTEND DEADLINE TO SATISFY FRP BOND CONDITIONS**

Your Honor:

Sherrir was released on a $100,000 unsecured bond (ECF document 26) to be co-signed by two financially responsible people (FRP) by October 30, 2026. Sherrir's two co-signers have been interviewed by the Government, but approval is still pending. I have conferred with the Government, and the **Government does not object** to this application for extension of time to satisfy the FRP condition of the bond.

Accordingly, on consent, I request an extension until November 9, 2026 to satisfy the FRP conditions of the bond.

Granted.

So Ordered.
[signature]
11/1/26

Respectfully submitted,
[signature]
Daniel A. Hochheiser

Cc: All counsel via ECF